UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE
    Jeremy Bullion
    Allison Bullion
DEBTOR(S)                                                       CASE NUMBER 11-30081 GRS

**ORDER DISMISSING CASE OF THE DEBTORS**

The trustee having made his motion to dismiss the case of the aforementioned debtor for failure to appear at the § 341 hearing set for October 28, 2013 at 11:30 a.m.; and

The motion having been heard in open court on December 19, 2013 at 10:00 a.m. and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the trustee's motion is hereby SUSTAINED.

cc:
Stephen Palmer, Trustee (to serve on the below-listed)
John L. Daugherty, United States Trustee

Pursuant to Local Rule 9022-1(c), Stephen Palmer shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Thursday, December 19, 2013
(grs)**